B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Affinity Processing Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4019374** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**580 Capital Drive**<br>**Lake Zurich, IL**<br>ZIP Code **60047** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Affinity Processing Services, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Affinity Processing Services, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Joseph E. Cohen**
Signature of Attorney for Debtor(s)

**Joseph E. Cohen 3123243**
Printed Name of Attorney for Debtor(s)

**Cohen & Krol**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-4600**

Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**February 11, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David W. Beeson**
Signature of Authorized Individual

**David W. Beeson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 11, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Affinity Processing Services, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Carlisle Staffing, Ltd. 350 East Ogden Avenue Westmont, IL 60559 | Carlisle Staffing, Ltd. 350 East Ogden Avenue Westmont, IL 60559 | Direct Labor | | 45,514.60 |
| CR-Capital, LLC Capital reality & Development 385 Airport Road, Ste 100 Elgin, IL 60123 | CR-Capital, LLC Capital reality & Development 385 Airport Road, Ste 100 Elgin, IL 60123 | Rent Subject to Setoff of Security Deposit | Unliquidated Disputed | 135,474.14 |
| GMC Software Technology 15 Allstate Parkway Suite 600 Markham, ON-LR3-5B4 | GMC Software Technology 15 Allstate Parkway Suite 600 Markham, ON-LR3-5B4 | Maintenance - Fixed | | 10,000.00 |
| Infoprint Solutions Company P. O. Box 644225 Pittsburgh, PA 15264-4225 | Infoprint Solutions Company P. O. Box 644225 Pittsburgh, PA 15264-4225 | Maintenance - Fixed | | 83,197.01 |
| INg, Inc. 2234 Woodland Drive Richmond, TX 77469-6681 | INg, Inc. 2234 Woodland Drive Richmond, TX 77469-6681 | Dues and Subscriptions | | 2,350.00 |
| Kent H. Landsberg Chicago P. O. Box 201526 Dallas, TX 75320 | Kent H. Landsberg Chicago P. O. Box 201526 Dallas, TX 75320 | Operating Supplies | | 2,015.28 |
| Labor Solutions, LLC 729 Pinecrest Drive Prospect Heights, IL 60070 | Labor Solutions, LLC 729 Pinecrest Drive Prospect Heights, IL 60070 | Direct Labor | | 37,913.64 |
| LTN Staffing 2295 Momentum Place Chicago, IL 60689-5322 | LTN Staffing 2295 Momentum Place Chicago, IL 60689-5322 | Direct Labor | | 36,030.19 |
| NiCor P. O. Box 416 Aurora, IL 60568-0001 | NiCor P. O. Box 416 Aurora, IL 60568-0001 | Utility | | 1,103.00 |
| North Town echanical Services 1814 Beach Street Broadview, IL 60155 | North Town echanical Services 1814 Beach Street Broadview, IL 60155 | Maintenance & Repairs | | 1,128.00 |
| Presort Solutions 5305 Paysphere Circle Chicago, IL 60674 | Presort Solutions 5305 Paysphere Circle Chicago, IL 60674 | Professional Fees | | 82,361.06 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Affinity Processing Services, Inc.**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Robert J. Ross**<br>**1622 W. Colonial Parkway**<br>**Suite 201**<br>**Palatine, IL 60067-4795** | **Robert J. Ross**<br>**1622 W. Colonial Parkway**<br>**Suite 201**<br>**Palatine, IL 60067-4795** | **Professional Fees - Legal** | | **8,688.50** |
| **RSVP Direct, nc.**<br>**1019 Noel Avenue**<br>**Wheeling, IL 60090** | **RSVP Direct, nc.**<br>**1019 Noel Avenue**<br>**Wheeling, IL 60090** | **Outside Contractor Expense** | | **11,567.02** |
| **Symetra Financial**<br>**P. O. Box 34815**<br>**Seattle, WA 98124-1815** | **Symetra Financial**<br>**P. O. Box 34815**<br>**Seattle, WA 98124-1815** | **Insurance - General** | | **1,560.00** |
| **Tazz Transfer, nc.**<br>**2355 E. Devon**<br>**Elk Grove Village, IL 60007** | **Tazz Transfer, nc.**<br>**2355 E. Devon**<br>**Elk Grove Village, IL 60007** | **Freight** | | **7,317.00** |
| **Temps P.D.Q., Inc.**<br>**180 W. Park Avenue**<br>**Suite 10**<br>**Elmhurst, IL 60126** | **Temps P.D.Q., Inc.**<br>**180 W. Park Avenue**<br>**Suite 10**<br>**Elmhurst, IL 60126** | **Temporary lEmployment** | | **168,751.00** |
| **The Travelers-Commercial Lines**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | **The Travelers-Commercial Lines**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | **Insurance - General** | | **5,607.85** |
| **Thompson Direct**<br>**2397 Von Esch Road**<br>**Unit K**<br>**Plainfield, IL 60586** | **Thompson Direct**<br>**2397 Von Esch Road**<br>**Unit K**<br>**Plainfield, IL 60586** | **Maintenance Repairs** | | **3,384.51** |
| **Torres' Sons, Inc,.**<br>**162 S. Waterford Drive**<br>**Round Lake, IL 60073** | **Torres' Sons, Inc,.**<br>**162 S. Waterford Drive**<br>**Round Lake, IL 60073** | **Cleaning Expense** | | **2,868.00** |
| **UNeQ, Inc.**<br>**P. O. Box 76920**<br>**Cleveland, OH 44101-6500** | **UNeQ, Inc.**<br>**P. O. Box 76920**<br>**Cleveland, OH 44101-6500** | **Toner and Developer** | | **11,548.83** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 11, 2009**                        Signature    **/s/ David W. Beeson**
                                                                        **David W. Beeson**
                                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re   **Affinity Processing Services, Inc.**                                ,   Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **827** <br><br> **Bank of America Leasing Lease Administration Center P. O. Box 371992 Pittsburgh, PA 15250-7992** | | - | | Equipment Lease <br><br> **Laser Printer HD3, HD4 Serial #48199 & 49199** | | | | | |
| | | | | Value $              **185,000.00** | | | | **28,400.00** | **0.00** |
| Account No. **317** <br><br> **Bank of the West P. O. Box 4002 Concord, CA 94524-4002** | | - | | Equipment Lease <br><br> **Speedo Cutter** | | | | | |
| | | | | Value $              **10,000.00** | | | | **6,663.34** | **0.00** |
| Account No. **715** <br><br> **Baytree Leasing LLC P. O. Box 185 Lake Bluff, IL 60044** | | - | | Equipment Lease <br><br> **Phone System** | | | | | |
| | | | | Value $              **5,000.00** | | | | **2,393.11** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **37,456.45** | **0.00** |
| Total <br> (Report on Summary of Schedules) | **37,456.45** | **0.00** |

B6E (Official Form 6E) (12/07)

In re  **Affinity Processing Services, Inc.**                                                      ,      Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Affinity Processing Services, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **01300 133236641**<br><br>**ADT**<br>**P., O. Box 371967**<br>**Pittsburgh, PA 15250** | | - | | | Security Expense | | | | **472.00** |
| Account No. **16484-000-8**<br><br>**Anderson Pest Control**<br>**219 West Diversey**<br>**Elmhurst, IL 60126** | | | | | Cleaning Expense | | | | **38.60** |
| Account No. **052-380-3424-001**<br><br>**AT&T**<br>**P. O. Box 9001310**<br>**Louisville, KY 40290-1310** | | - | | | Telephone | | | | **179.85** |
| Account No. **17737**<br><br>**Bowe Bell + Howell Company**<br>**P. O. Box 71297**<br>**Chicago, IL 60694-1297** | | - | | | Maintenance & Repairs | | | | **933.33** |

| | | Subtotal<br>(Total of this page) | **1,623.78** |
|---|---|---|---|

__8__  continuation sheets attached

Copyright © 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29730-090123    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Affinity Processing Services, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AFFINITY** <br><br>**Carlisle Staffing, Ltd.**<br>**350 East Ogden Avenue**<br>**Westmont, IL 60559** | - | | Direct Labor | | | | 45,514.60 |
| Account No. **00041323** <br><br>**Cimco Communications, Inc.**<br>**P. O. Box 95900**<br>**Chicago, IL 60694** | - | | Telephone | | | | 1,002.61 |
| Account No. <br><br>**CR-Capital, LLC**<br>**Capital reality & Development**<br>**385 Airport Road, Ste 100**<br>**Elgin, IL 60123** | - | | Rent<br>**Subject to Setoff of Security Deposit** | | X | X | 135,474.14 |
| Account No. **Inv. 2137 & 2222** <br><br>**CTS**<br>**1019 Noel Avenue**<br>**Wheeling, IL 60090** | - | | Maintenance & Repairs | | | | 640.00 |
| Account No. **Inv. #8907** <br><br>**Direct Mail Equipment Services**<br>**205 D Edison Drive**<br>**New Lenox, IL 60451** | - | | Maintenance | | | | 250.44 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

182,881.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Affinity Processing Services, Inc.**                                                    ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Inv #1384 & 1701**<br><br>**DNA Cleaning, Inc.**<br>**830 W. Route 22**<br>**Suite 172**<br>**Lake Zurich, IL 60047** | - | | | Janitorial Service | | | | 850.00 |
| Account No. **1919-6743-7**<br><br>**FederaL Express Corporation**<br>**P. O. Box 94515**<br>**Palatine, IL 60094** | - | | | Freight & UPS | | | | 870.86 |
| Account No. **Inv 704,651,670,618,686**<br><br>**GMC Software Technology**<br>**15 Allstate Parkway**<br>**Suite 600**<br>**Markham, ON-LR3-5B4** | - | | | Maintenance - Fixed | | | | 10,000.00 |
| Account No. **136 861237972**<br><br>**Grainger**<br>**Dept. 136-861237972**<br>**Palatine, IL 60038-0001** | - | | | Maintenance & Repairs | | | | 59.71 |
| Account No.<br><br>**Infoprint Solutions Company**<br>**P. O. Box 644225**<br>**Pittsburgh, PA 15264-4225** | - | | | Maintenance - Fixed | | | | 83,197.01 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **94,977.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

2/11/09 3:17PM

In re   **Affinity Processing Services, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Inv. 2008009**<br><br>INg, Inc.<br>2234 Woodland Drive<br>Richmond, TX 77469-6681 | | - | | Dues and Subscriptions | | | | 2,350.00 |
| Account No. **Inv. 0152686 & 0157670**<br><br>Jorson & Carlson Co., Inc.<br>P. O. Box 796<br>Elk Grove Village, IL 60007-0796 | | - | | Maintenance & Repairs | | | | 518.75 |
| Account No. **Inv. 7634703 & 7671919**<br><br>Kent H. Landsberg Chicago<br>P. O. Box 201526<br>Dallas, TX 75320 | | - | | Operating Supplies | | | | 2,015.28 |
| Account No. **847-438-2800**<br><br>Kepes, Inc.<br>P. O. Box 88774<br>Milwaukee, WI 53288-0774 | | - | | Maintenance & Repairs | | | | 33.47 |
| Account No.<br><br>Labor Solutions, LLC<br>729 Pinecrest Drive<br>Prospect Heights, IL 60070 | | - | | Direct Labor | | | | 37,913.64 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,831.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Affinity Processing Services, Inc.** _____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **98-0324**<br><br>**LTN Staffing**<br>**2295 Momentum Place**<br>**Chicago, IL 60689-5322** | - | | **Direct Labor** | | | | **36,030.19** |
| Account No. **144031**<br><br>**Macke Water Systems, Inc.**<br>**. O. Box 545**<br>**Wheeling, IL 60090-0545** | - | | **Office Supplies** | | | | **351.60** |
| Account No.<br><br>**Motion Industries, Inc.**<br>**P. O. Box 98412**<br>**Chicago, IL 60693** | - | | **Maintenance & Repairs** | | | | **129.59** |
| Account No. **Inv. A72434**<br><br>**Nexdaytoner**<br>**11411 West 183rd Street**<br>**Orland Park, IL 60467** | - | | **Toner & Developer** | | | | **438.54** |
| Account No. **5-18-74-4250-3**<br><br>**NiCor**<br>**P. O. Box 416**<br>**Aurora, IL 60568-0001** | - | | **Utility** | | | | **1,103.00** |

Sheet no. __4__ of __8__ sheets attached to Schedule of   Subtotal   **38,052.92**
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Affinity Processing Services, Inc.**                                Case No. _____
                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Cusdt.#9902170**  <br><br>**North Town echanical Services** <br>**1814 Beach Street** <br>**Broadview, IL 60155** | - | | | **Maintenance & Repairs** | | | | 1,128.00 |
| Account No. **Inv. #11118**  <br><br>**Phoenix Supply Company** <br>**933 Carney Court** <br>**Antioch, IL 60002** | - | | | **Office Supplies** | | | | 134.61 |
| Account No.  <br><br>**Presort Solutions** <br>**5305 Paysphere Circle** <br>**Chicago, IL 60674** | - | | | **Professional Fees** | | | | 82,361.06 |
| Account No. **02560436**  <br><br>**Quill Corporation** <br>**P. O. Box 37600** <br>**Philadelphia, PA 19101-0600** | - | | | **Operating Supplies** | | | | 338.12 |
| Account No. **Inv.#493**  <br><br>**Reddy Manufacturing** <br>**Box 481** <br>**Woodstock, IL 60098** | - | | | **Maintenance & Repairs** | | | | 155.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                84,116.79
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Affinity Processing Services, Inc.**                                              ,    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert J. Ross**<br>**1622 W. Colonial Parkway**<br>**Suite 201**<br>**Palatine, IL 60067-4795** | - | | **Professional Fees - Legal** | | | | **8,688.50** |
| Account No. **Inv. #31474**<br><br>**RSVP Direct, nc.**<br>**1019 Noel Avenue**<br>**Wheeling, IL 60090** | - | | **Outside Contractor Expense** | | | | **11,567.02** |
| Account No.<br><br>**Staples Business Advantage**<br>**Dept. DET**<br>**P. O. Box 83689**<br>**Chicago, IL 60696-3689** | - | | **Office Supplies** | | | | **189.99** |
| Account No. **Inv. #2816786**<br><br>**Sunbelt Software Distribution**<br>**33 N. Garden Avenue**<br>**Suite 1200**<br>**Clearwater, FL 33755** | - | | **Computer Software** | | | | **310.16** |
| Account No.<br><br>**Symetra Financial**<br>**P. O. Box 34815**<br>**Seattle, WA 98124-1815** | - | | **Insurance - General** | | | | **1,560.00** |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,315.67**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Affinity Processing Services, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tazz Transfer, nc.**<br>**2355 E. Devon**<br>**Elk Grove Village, IL 60007** | - | | | Freight | | | | 7,317.00 |
| Account No.<br><br>**Temps P.D.Q., Inc.**<br>**180 W. Park Avenue**<br>**Suite 10**<br>**Elmhurst, IL 60126** | - | | | Temporary IEmployment | | | | 168,751.00 |
| Account No.  6690G20543<br><br>**The Travelers-Commercial Lines**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | - | | | Insurance - General | | | | 5,607.85 |
| Account No.<br><br>**Thompson Direct**<br>**2397 Von Esch Road**<br>**Unit K**<br>**Plainfield, IL 60586** | - | | | Maintenance  Repairs | | | | 3,384.51 |
| Account No.<br><br>**Torres' Sons, Inc,.**<br>**162 S. Waterford Drive**<br>**Round Lake, IL 60073** | - | | | Cleaning Expense | | | | 2,868.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,928.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Affinity Processing Services, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cust. ID# AFF100**<br><br>**UNeQ, Inc.**<br>**P. O. Box 76920**<br>**Cleveland, OH 44101-6500** | - | | **Toner and Developer** | | | | **11,548.83** |
| Account No. **T8010435-7**<br><br>**Veolia ES Solid Waster Midwest T8**<br>**P. O. Box 6484**<br>**Carol Stream, IL 60197-6484** | - | | **Utilities** | | | | **372.82** |
| Account No. **49-0400**<br><br>**Village of Lake Zurich**<br>**70 East Main Street**<br>**Lake Zurich, IL 60047** | - | | **Water/Wastewater Service** | | | | **400.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | **12,321.65** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **667,049.68** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Affinity Processing Services, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CR-Capital Realty LLC**<br>**Capital Realty & Development**<br>**385 Airport Rd., Suite 100**<br>**Elgin, IL 60123** | **Commericial Lease for Premises** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **Affinity Processing Services, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Affinity Processing Services, Inc.**                                           Case No. _____
                                                        Debtor(s)        Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**19**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 11, 2009** _____        Signature    **/s/ David W. Beeson** _____
                                                                    **David W. Beeson**
                                                                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Affinity Processing Services, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................ $ _____**10,000.00**

Prior to the filing of this statement I have received ........................................... $ _____**10,000.00**

Balance Due ....................................................................................................... $ _____**0.00**

2. $____**0.00**____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods;preparation of Plan; preparation of Form 22C and amendments; relief from stay actions**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 11, 2009**

**/s/ Joseph E. Cohen**
**Joseph E. Cohen 3123243**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-4600**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Affinity Processing Services, Inc.**

_____,    Case No. _____
                                    Debtor

                                              Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 11, 2009**_____    Signature  **/s/ David W. Beeson**_____
                                                          **David W. Beeson**
                                                          **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Affinity Processing Services, Inc.**

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **46**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 11, 2009**

**/s/ David W. Beeson**

**David W. Beeson**/President
Signer/Title

ADT
P., O. Box 371967
Pittsburgh, PA 15250


Anderson Pest Control
219 West Diversey
Elmhurst, IL 60126


AT&T
P. O. Box 9001310
Louisville, KY 40290-1310


Bank of America Leasing
Lease Administration Center
P. O. Box 371992
Pittsburgh, PA 15250-7992


Bank of the West
P. O. Box 4002
Concord, CA 94524-4002


Baytree Leasing LLC
P. O. Box 185
Lake Bluff, IL 60044


Bowe Bell + Howell Company
P. O. Box 71297
Chicago, IL 60694-1297


Carlisle Staffing, Ltd.
350 East Ogden Avenue
Westmont, IL 60559


Cimco Communications, Inc.
P. O. Box 95900
Chicago, IL 60694


CR-Capital Realty LLC
Capital Realty & Development
385 Airport Rd., Suite 100
Elgin, IL 60123

CR-Capital, LLC
Capital reality & Development
385 Airport Road, Ste 100
Elgin, IL 60123


CTS
1019 Noel Avenue
Wheeling, IL 60090


Direct Mail Equipment Services
205 D Edison Drive
New Lenox, IL 60451


DNA Cleaning, Inc.
830 W. Route 22
Suite 172
Lake Zurich, IL 60047


FederaL Express Corporation
P. O. Box 94515
Palatine, IL 60094


GMC Software Technology
15 Allstate Parkway
Suite 600
Markham, ON-LR3-5B4


Grainger
Dept. 136-861237972
Palatine, IL 60038-0001


Infoprint Solutions Company
P. O. Box 644225
Pittsburgh, PA 15264-4225


INg,  Inc.
2234 Woodland Drive
Richmond, TX 77469-6681


Jorson & Carlson Co., Inc.
P. O. Box 796
Elk Grove Village, IL 60007-0796

Kent H. Landsberg Chicago
P. O. Box 201526
Dallas, TX 75320


Kepes, Inc.
P. O. Box 88774
Milwaukee, WI 53288-0774


Labor Solutions, LLC
729 Pinecrest Drive
Prospect Heights, IL 60070


LTN Staffing
2295 Momentum Place
Chicago, IL 60689-5322


Macke Water Systems, Inc.
. O. Box 545
Wheeling, IL 60090-0545


Motion Industries, Inc.
P. O. Box 98412
Chicago, IL 60693


Nexdaytoner
11411 West 183rd Street
Orland Park, IL 60467


NiCor
P. O. Box 416
Aurora, IL 60568-0001


North Town echanical Services
1814 Beach Street
Broadview, IL 60155


Phoenix Supply Company
933 Carney Court
Antioch, IL 60002


Presort Solutions
5305 Paysphere Circle
Chicago, IL 60674

Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600


Reddy Manufacturing
Box 481
Woodstock, IL 60098


Robert J. Ross
1622 W. Colonial Parkway
Suite 201
Palatine, IL 60067-4795


RSVP Direct, nc.
1019 Noel Avenue
Wheeling, IL 60090


Staples Business Advantage
Dept. DET
P. O. Box 83689
Chicago, IL 60696-3689


Sunbelt Software Distribution
33 N. Garden Avenue
Suite 1200
Clearwater, FL 33755


Symetra Financial
P. O. Box 34815
Seattle, WA 98124-1815


Tazz Transfer, nc.
2355 E. Devon
Elk Grove Village, IL 60007


Temps P.D.Q., Inc.
180 W. Park Avenue
Suite 10
Elmhurst, IL 60126


The Travelers-Commercial Lines
CL Remittance Center
Hartford, CT 06183-1008

Thompson Direct
2397 Von Esch Road
Unit K
Plainfield, IL 60586


Torres' Sons, Inc,.
162 S. Waterford Drive
Round Lake, IL 60073


UNeQ, Inc.
P. O. Box 76920
Cleveland, OH 44101-6500


Veolia ES Solid Waster Midwest T8
P. O. Box 6484
Carol Stream, IL 60197-6484


Village of Lake Zurich
70 East Main Street
Lake Zurich, IL 60047

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Affinity Processing Services, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Affinity Processing Services, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 11, 2009**

Date

**/s/ Joseph E. Cohen**

**Joseph E. Cohen 3123243**

Signature of Attorney or Litigant

Counsel for  **Affinity Processing Services, Inc.**

**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602-4600**
**312-368-0300 Fax:312-368-4559**