IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **AFFINITY PROCESSING** | ) | |
| **SERVICES, INC.**, | ) | No. 09 B 04327 |
| | ) | |
| Debtors. | ) | |

# N O T I C E

TO:  Office of U.S. Trustee, Via CM/ECF System

     PLEASE TAKE NOTICE that on the 21st of December, 2010, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, in Courtroom No.680, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

                          /s/ Joseph E. Cohen
                          JOSEPH E. COHEN
                          105 West Madison Street, Suite 1100
                          Chicago, IL 60602
                          312/368-0300

STATE OF ILLINOIS    )
                           ) SS
COUNTY OF C O O K  )

     JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 1st day of December, 2010.

                          /s/ Joseph E. Cohen

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **AFFINITY PROCESSING** | ) | |
| **SERVICES, INC.,** | ) | No. 09 B 04327 |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

TO THE HONORABLE **JOHN H. SQUIRES,**
    BANKRUPTCY JUDGE

      Now comes AFFINITY PROCESSING SERVICES, INC., Debtor herein, and respectfully represents unto this Honorable Court as follows:

      1.    That on the 11th day of February, 2009, the above-named Debtor filed the above-captioned Chapter 11 petition.

      2.    That this Honorable Court entered an Order confirming the Debtor's Plan of Liquidation on September 8, 2009.

      3.    That the Debtor has made the initial distributions due under the Plan of Liquidation.

      4.    That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

      WHEREFORE, AFFINITY PROCESSING SERVICES, INC., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

|  |  |
|---|---|
| | AFFINITY PROCESSING SERVICES, INC., Debtor |
| JOSEPH E. COHEN | |
| GINA B. KROL | |
| COHEN & KROL | |
| 105 W. Madison St., Ste 1100 | BY:  /s/  JOSEPH E. COHEN |
| Chicago, IL  60602 | One of Attorneys for Debtor |

312/368-0300