IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **AFFINITY PROCESSING SERVICES, INC.,** | ) | No. 09 B 04327 |
| | ) | |
| Debtor(s). | ) | Judge John H. Squires |
| | ) | Hearing 12/21/10 - 10:00 a.m. |

## PROOF OF SERVICE

TO:    SEE ATTACHED SERVICE LIST

I, JOSEPH E. COHEN, state that copies of the attached Notice of Hearing on the Debtor's Motion for entry of Final Decree, in the above-referenced matter, were mailed by First Class U.S. Mail to the persons shown on the attached Service List, this 30th day of November, 2010.

/s/ JOSEPH E. COHEN 

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **AFFINITY PROCESSING** | ) | |
| **SERVICES, INC.,** | ) | No. 09 B 04327 |
| | ) | |
| | ) | Judge John H. Squires |
| Debtor(s). | ) | Hearing: 12/21/10 - 10:00 a.m. |

## N O T I C E

TO CREDITORS AND PARTIES IN INTEREST OF THE ABOVE-NAMED DEBTOR:

**YOU ARE HEREBY NOTIFIED** that AFFINITY PROCESSING SERVICES, INC., Debtor herein, by and through its Attorneys, JOSEPH E. COHEN and COHEN & KROL, filed its Motion for Entry of Final Decree. The Debtor filed a Chapter 11 petition on February 11, 2009.

**YOU ARE FURTHER NOTIFIED** that this Honorable Court entered an Order confirming the Debtor's Plan of Liquidation on September 8, 2009. The Debtor has made the initial distributions due under the Plan of Liquidation. The Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

**YOU ARE FURTHER NOTIFIED** that a hearing will be held on said Motion on the 21st day of December, 2010 at the hour of 10:00 a.m. before the Honorable **JOHN H, SQUIRES,** Bankruptcy Judge, in Courtroom No. 680, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois. Any party objecting to said Motion may do so up to the time of the hearing.

**YOU ARE FURTHER NOTIFIED** that this hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

JOSEPH E. COHEN  
GINA B. KROL  
YAN TEYTELMAN  
COHEN & KROL  
105 West Madison Street  
Suite 1100  
Chicago, IL 60602  
312/ 368-0300  

BY:

AFFINITY PROCESSING SERVICES, INC.  
Debtor  

/s/ JOSEPH E. COHEN  
One of Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-04327<br>Northern District of Illinois<br>Chicago<br>Thu Dec  2 10:28:00 CST 2010 | Affinity Processing Services, Inc.<br>580 Capital Drive<br>Lake Zurich, IL 60047-6713 | BBH Financial Services Company<br>c/o Golan Christie LLP, Barbara L. Yong<br>70 W. Madison Street<br>Suite 1500<br>Chicago, IL 60602-4265 |
| CR Capital, LLC<br>c/o Lisa Johnson<br>Holland & Knight LLP<br>131 S. Dearborn Street, 29th Floor<br>Chicago, IL 60603-5517 | Carlisle Staffing, LTP<br>350 E. ogden Ave<br>Westmont, IL 60559-5534 | Computing Technology Solutions<br>1019 Noel Ave<br>Wheeling, IL 60090-5813 |
| GMC Software Technology, Inc<br>11 AllstateParkway # 930<br>Markham, ON L3R 9T8 | IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181-4295 | Labor Solutions, LLC<br>c/o Abraham Brustein<br>DiMonte & Lizak, LLC<br>216 West Higgins Rd<br>Park Ridge, IL 60068-5706 |
| RSVP Direct Inc<br>1019 Noel Ave<br>Wheeling, IL 60090-5813 | Temps P.D.Q., Inc.<br>180 W. Park Ave.<br>Suite 10<br>Elmhurst, IL 60126-3366 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 |
| ADT<br>P., O. Box 371967<br>Pittsburgh, PA 15250-7967 | ADT Security Services Inc<br>14200 E Exposition Avenue<br>Aurora, CO 80012-2540 | AT&T<br>P. O. Box 9001310<br>Louisville, KY 40290-1310 |
| Abraham Brustein<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, Illinois 60068-5706 | Anderson Pest Control<br>219 West Diversey<br>Elmhurst, IL 60126-1103 | BBH Financial Services Company<br>c/o Barbara L. Yong and Caren A. Lederer<br>Golan & Christie LLP<br>70 W. Madison Street, Suite 1500<br>Chicago, Illinois 60602-4265 |
| Bank of America Leasing<br>Lease Administration Center<br>P. O. Box 371992<br>Pittsburgh, PA 15250-7992 | Bank of the West<br>P. O. Box 4002<br>Concord, CA 94524-4002 | Barry Miller<br>1281 Wyndham Dr #101<br>Palatine, Il 60074-7905 |
| Baytree Leasing LLC<br>P. O. Box 185<br>Lake Bluff, IL 60044-0185 | Bowe Bell & Howell<br>c/o Barbara L. Yong and Caren A. Lederer<br>Golan & Christie LLP<br>70 W. Madison Street, Suite 1500<br>Chicago, Illinois 60602-4265 | Bowe Bell + Howell Company<br>P. O. Box 71297<br>Chicago, IL 60694-1297 |
| Btu Company, Inc<br>770 Pasquinelli Drive<br>Suite 414<br>Westmont, IL 60559 | CR-Capital LLC c/o Holland & Knight LLP<br>Robert J. Labate<br>131 S. Dearborn, 30th Flr.<br>Chicago, IL 60603-5517 | CR-Capital Realty LLC<br>Capital Realty & Development<br>385 Airport Rd., Suite 100<br>Elgin, IL 60123-9341 |
| CR-Capital, LLC<br>Capital reality & Development<br>385 Airport Road, Ste 100<br>Elgin, IL 60123-9341 | CTS<br>1019 Noel Avenue<br>Wheeling, IL 60090-5813 | Carlisle Staffing Ltd.<br>Kevin Muringhan<br>Cary Filter Whit & Boland<br>33 W. Jackson Blvd., 5th Fl<br>Chicago, Il 60604 |

Carlisle Staffing, Ltd.
350 East Ogden Avenue
Westmont, IL 60559-5534

Chris Kazak
1184 N. Nature Court
Round Lake, IL 60073-2498

Cimco Communications, Inc.
P. O. Box 95900
Chicago, IL 60694-5900


DNA Cleaning, Inc.
830 W. Route 22
Suite 172
Lake Zurich, IL 60047

Dan Thrasher
4701 Barreville Rd
Prairie Grove, IL 60012-2153

David W. Beeson
8 St. John DRive
Hwthorne Woods, Il 60047-9176


Direct Mail Equipment Services
205 D Edison Drive
New Lenox, IL 60451-4504

Ed A. Alders
7002 W. 113th Place
Worth, Il 60482-2031

Edward J. Schmitt
2114 Countryside Circle
Naperville, Il 60565-2262


Esau Gonzalez
3141 S. Kedvale Ave
Chicago, IL 60623-4822

FederaL Express Corporation
P. O. Box 94515
Palatine, IL 60094-4515

Fedex Customer Information Service
assignee of FedEx Express/FedEx Ground
3965 Airways Blvd, Module G 3rd Fl
Memphis, TN 38116-5017


GMC Software Technology
11 Allstate Parkway
Suite 430
Markham, ON-L3R 9T8

Gerry Worazel
231 W. Weathersfield Way
Schaumburg, IL 60193-2830

Grainger
Dept. 136-861237972
Palatine, IL 60038-0001


INg, Inc.
2234 Woodland Drive
Richmond, TX 77406-6681

Infoprint Solutions Company
B.H Shideler
2 Lincoln Centre
Oakbrook Terrace, IL 60181

Jack Carey
4723 South Hampton Dr
Island Lake, IL 60042-8471


Janet Rosdahl
1151 Stanton Rd
Lake zurich, IL 60047-1748

Joe De La Cruz
1407 N. 18th Ave #1
Melrose Park, Il 60160-3317

John Azevedo
167 E Grantley
Elmhurst, IL 60126-2446


John Blanchard
1113 Pioplar Court
Lake Zurich, IL 60047-2258

Jorson & Carlson Co., Inc.
P. O. Box 796
Elk Grove Village, IL 60009-0796

Keith Bliss
579 Applegate Lane
Lake Zurich, IL 60047-2345


Kent H. Landsberg Chicago
P. O. Box 201526
Dallas, TX 75320-1526

Kent H. Landsberg Co.
C/O AmCOR Sunslipse North
America 6600 Valley View St
Buena Park, CA 90620-1145

Kepes, Inc.
P. O. Box 88774
Milwaukee, WI 53288-0001


LTN Staffing
2295 Momentum Place
Chicago, IL 60689-0001

Labor Solutions, LLC
729 Pinecrest Drive
Prospect Heights, IL 60070-1807

Labor Solutions, LLC
c/o Abraham Brustein
DiMonte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068-5706

Macke Water Systems, Inc.
O. Box 545
Wheeling, IL 60090-0545

Max Nelson
8901 Roberts Rd #207
Hickory Hills, IL 60457-1563

Mid-American Energy
P O Box 8020
Davenport, IA 52808-8020


Mike Tuzak
984 Lexington Lane
Island Lake, Il 60042-9763

Motion Industries, Inc.
P. O. Box 98412
Chicago, IL 60693-8412

Nexdaytoner
11411 West 183rd Street
Orland Park, IL 60467-9450


NiCor
P. O. Box 416
Aurora, IL 60568-0001

Noemi Rodriguez
509 Liberty Street
Aurora, Il 60505-2717

North Town echanical Services
1814 Beach Street
Broadview, IL 60155-2863


Phoenix Supply Company
933 Carney Court
Antioch, IL 60002-2461

Piiar Bustamante
917 S. Ridge Ave
Mundelein, IL 60060-3929

Presidential Financial
435 N. LaSalle Street
Suite 204
Chicago, IL 60654-4588


Presidential Financial
Corporation Of the Midwest
c/o Douglas G. Leney
One Centennial Square
Haddonfield, NJ 08033-2454

Presort Solutions
5305 Paysphere Circle
Chicago, IL 60674-0001

Quality Maintenance Systems, Inc
3550 Salt Creek Lane
Suite 110
Arlington Heights, IL 60005-1091


Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600

RSVP Direct, nc.
1019 Noel Avenue
Wheeling, IL 60090-5813

Reddy Manufacturing
Box 481
Woodstock, IL 60098-0481


Rick Spata
167 N. Wilke Road
Palatine, Il 60074-5709

Robert J. Ross
1622 W. Colonial Parkway
Suite 201
Palatine, IL 60067-4795

Sam's Club Discover
P O Box 960016
Orlando, FL 32896-0016


Staples Business Advantage
Dept. DET
P. O. Box 83689
Chicago, IL 60696-0001

Stephen Bliss
579 Applegate Ln
Lake Zurich, IL 60047-2345

Stephen Laisch
314 W. Eugenia St
Lombard, IL 60148-2237


Sunbelt Software Distribution
33 N. Garden Avenue
Suite 1200
Clearwater, FL 33755-6610

Susan Thoennes
1083 Aberdeen Ln
Mundelein, IL 60060-1201

Symetra Financial
P. O. Box 34815
Seattle, WA 98124-1815


Tazz Transfer, nc.
2355 E. Devon
Elk Grove Village, IL 60007-6806

Temps P.D.Q., Inc.
c/o Defrees & Fiskes LLC
T.S. Buckley
200 S. Michigan Ave., #1100
Chicago, IL 60604

The Travelers Indeminity Company and It'
Affiliates C/O RMS Bankruptcy Recovery S
PO Box 5126
Timonium, MD 21094-5126

| | | |
|---|---|---|
| The Travelers-Commercial Lines<br>CL Remittance Center<br>Hartford, CT 06183-1008 | Thompson Direct<br>2397 Von Esch Road<br>Unit K<br>Plainfield, IL 60586-9084 | Tom Kazak<br>1184 N. Nature Court<br>Round Lake, IL 60073-2498 |
| Tom McCarthy<br>1602 Applewood Ln<br>Spring Grove, IL 60081 | Torres' Sons, Inc,.<br>162 S. Waterford Drive<br>Round Lake, IL 60073-9593 | UNeQ, Inc.<br>P. O. Box 76920<br>Cleveland, OH 44101-6500 |
| Veolia ES Solid Waster Midwest T8<br>P. O. Box 6484<br>Carol Stream, IL 60197-6484 | Village of Lake Zurich<br>70 East Main Street<br>Lake Zurich, IL 60047-2416 | Williams Lea Inc<br>Charles A Malloy<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206 |
| Gerald Worazek<br>231 W. Weathersfield Way<br>Schaumburg, IL 60193-2830 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 | Irene R Smith<br>923 Carney Court<br>Anitoch, IL 60002 |
| Jack E Carey<br>4723 South Hampton Dr<br>Island Lake, IL 60042-8471 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Street Ste 1100<br>Chicago, IL 60602-4600 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 |
| Keith E Bliss<br>579 Applegate Ln.<br>Lake Zurich, IL 60047-2345 | MAX D Nelson<br>8901 Roberts Rd. # 207<br>Hiliway Hills, IL 60457 | Michael J Tuzak<br>984 Lexington Ln<br>Island Lake, IL 60042-9763 |
| Pilar A Bustamante<br>917 S. Ridge Ave<br>Mundelein, IL 60060-3929 | Steven Bliss<br>579 Applegate LN<br>Lake Zurich, IL 60047-2345 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Auction Associates, Inc. | (u)Noemi Rodriguez | (u)Presidental Financial Corporaation Of The |
| (u)Donald Dodge | (d)Esau Gonzalez<br>3141 S. Kedvale Ave<br>Chicago, IL 60623-4822 | (u)Joe DeLa Cruz |

(u)John Azevedo        (u)Stephen M Lewis        (u)Yan Teytelman

**End of Label Matrix**
Mailable recipients    110
Bypassed recipients      9
Total                  119