IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **AFFINITY PROCESSING SERVICES, INC.,** | ) | No. 09 B 04327 |
| | ) | |
| Debtor(s). | ) | Judge John H. Squires |
| | ) | Hearing 12/21/10 - 10:00 a.m. |

## PROOF OF SERVICE

TO:    SEE ATTACHED SERVICE LIST

I, JOSEPH E. COHEN, state that copies of the attached Notice of Hearing on the Application of Cohen & Krol for Allowance of Final Compensation and Reimbursement of Expenses, in the above-referenced matter, were mailed by First Class U.S. Mail to the persons shown on the attached Service List, this 30th day of November, 2010.

/s/ JOSEPH E. COHEN

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **AFFINITY PROCESSING SERVICES, INC.,** | ) | No. 09 B 04327 |
| | ) | Hearing: 12/21/10 @ 10:00 a.m. |
| Debtors. | ) | Judge **John H. Squires** |

## N O T I C E

TO CREDITORS OF THE ABOVE-NAMED DEBTOR AND PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that COHEN & KROL, Attorneys for the Debtor herein, have filed an Application for Allowance of Final Compensation and Reimbursement of Expenses, and

**YOU ARE FURTHER NOTIFIED** that COHEN & KROL is seeking compensation in the amount of $31,926.25 for 77.35 hours of services rendered for the period commencing January 30, 2009 through December 21, 2010. COHEN & KROL is also seeking reimbursement of expenses in the amount of $1,840.84. COHEN & KROL received a pre-petition retainer in the amount of $15,000.00 from the Debtor, and

**YOU ARE FURTHER NOTIFIED** that a hearing will be held on the 21st day of December, 2010 at the hour of 10:00 a.m. before the Honorable **JOHN H. SQUIRES**, Bankruptcy Judge, at the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, in Courtroom No. 680. Any party objecting to the proposed compensation and reimbursement of expenses may appear at the above time and place, and

**YOU ARE FURTHER NOTIFIED** that the hearing on the Applications described above may be continued from time to time without further notice to creditors. A copy of the Application For Allowance of Final Compensation and Reimbursement of Expenses will be furnished free of charge from the undersigned upon request.

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
COHEN & KROL
105 W. Madison St., Ste 1100      /s/ *Joseph E. Cohen*
Chicago, IL  60602                One of Attorneys for Debtor
312/368-0300

Label Matrix for local noticing
0752-1
Case 09-04327
Northern District of Illinois
Chicago
Thu Dec  2 10:28:00 CST 2010

CR Capital, LLC
c/o Lisa Johnson
Holland & Knight LLP
131 S. Dearborn Street, 29th Floor
Chicago, IL 60603-5517

GMC Software Technology, Inc
11 AllstateParkway # 930
Markham, ON L3R 9T8

RSVP Direct Inc
1019 Noel Ave
Wheeling, IL 60090-5813

ADT
P., O. Box 371967
Pittsburgh, PA 15250-7967

Abraham Brustein
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068-5706

Bank of America Leasing
Lease Administration Center
P. O. Box 371992
Pittsburgh, PA 15250-7992

Baytree Leasing LLC
P. O. Box 185
Lake Bluff, IL 60044-0185

Btu Company, Inc
770 Pasquinelli Drive
Suite 414
Westmont, IL 60559

CR-Capital, LLC
Capital reality & Development
385 Airport Road, Ste 100
Elgin, IL 60123-9341

Affinity Processing Services, Inc
580 Capital Drive
Lake Zurich, IL 60047-6713

Carlisle Staffing, LTP
350 E. ogden Ave
Westmont, IL 60559-5534

IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181-4295

Temps P.D.Q., Inc.
180 W. Park Ave.
Suite 10
Elmhurst, IL 60126-3366

ADT Security Services Inc
14200 E Exposition Avenue
Aurora, CO 80012-2540

Anderson Pest Control
219 West Diversey
Elmhurst, IL 60126-1103

Bank of the West
P. O. Box 4002
Concord, CA 94524-4002

Bowe Bell & Howell
c/o Barbara L. Yong and Caren A. Lederer
Golan & Christie LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602-4265

CR-Capital LLC c/o Holland & Knight LLP
Robert J. Labate
131 S. Dearborn, 30th Flr.
Chicago, IL 60603-5517

CTS
1019 Noel Avenue
Wheeling, IL 60090-5813

BBH Financial Services Company
c/o Golan Christie LLP, Barbara L. Yong
70 W. Madison Street
Suite 1500
Chicago, IL 60602-4265

Computing Technology Solutions
1019 Noel Ave
Wheeling, IL 60090-5813

Labor Solutions, LLC
c/o Abraham Brustein
DiMonte & Lizak, LLC
216 West Higgins Rd
Park Ridge, IL 60068-5706

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

AT&T
P. O. Box 9001310
Louisville, KY 40290-1310

BBH Financial Services Company
c/o Barbara L. Yong and Caren A. Lederer
Golan & Christie LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602-4265

Barry Miller
1281 Wyndham Dr #101
Palatine, Il 60074-7905

Bowe Bell + Howell Company
P. O. Box 71297
Chicago, IL 60694-1297

CR-Capital Realty LLC
Capital Realty & Development
385 Airport Rd., Suite 100
Elgin, IL 60123-9341

Carlisle Staffing Ltd.
Kevin Muringhan
Cary Filter Whit & Boland
33 W. Jackson Blvd., 5th Fl
Chicago, Il 60604

| | | |
|---|---|---|
| Carlisle Staffing, Ltd.<br>350 East Ogden Avenue<br>Westmont, IL 60559-5534 | Chris Kazak<br>1184 N. Nature Court<br>Round Lake, IL 60073-2498 | Cimco Communications, Inc.<br>P. O. Box 95900<br>Chicago, IL 60694-5900 |
| DNA Cleaning, Inc.<br>830 W. Route 22<br>Suite 172<br>Lake Zurich, IL 60047 | Dan Thrasher<br>4701 Barreville Rd<br>Prairie Grove, IL 60012-2153 | David W. Beeson<br>8 St. John DRive<br>Hwthorne Woods, Il 60047-9176 |
| Direct Mail Equipment Services<br>205 D Edison Drive<br>New Lenox, IL 60451-4504 | Ed A. Alders<br>7002 W. 113th Place<br>Worth, Il 60482-2031 | Edward J. Schmitt<br>2114 Countryside Circle<br>Naperville, Il 60565-2262 |
| Esau Gonzalez<br>3141 S. Kedvale Ave<br>Chicago, IL 60623-4822 | Federal Express Corporation<br>P. O. Box 94515<br>Palatine, IL 60094-4515 | Fedex Customer Information Service<br>assignee of FedEx Express/FedEx Ground<br>3965 Airways Blvd, Module G 3rd Fl<br>Memphis, TN 38116-5017 |
| GMC Software Technology<br>11 Allstate Parkway<br>Suite 430<br>Markham, ON-L3R 9T8 | Gerry Worazel<br>231 W. Weathersfield Way<br>Schaumburg, IL 60193-2830 | Grainger<br>Dept. 136-861237972<br>Palatine, IL 60038-0001 |
| INg, Inc.<br>2234 Woodland Drive<br>Richmond, TX 77406-6681 | Infoprint Solutions Company<br>B.H Shideler<br>2 Lincoln Centre<br>Oakbrook Terrace, IL 60181 | Jack Carey<br>4723 South Hampton Dr<br>Island Lake, IL 60042-8471 |
| Janet Rosdahl<br>1151 Stanton Rd<br>Lake zurich, IL 60047-1748 | Joe De La Cruz<br>1407 N. 18th Ave #1<br>Melrose Park, Il 60160-3317 | John Azevedo<br>167 E Grantley<br>Elmhurst, IL 60126-2446 |
| John Blanchard<br>1113 Ploplar Court<br>Lake Zurich, IL 60047-2258 | Jorson & Carlson Co., Inc.<br>P. O. Box 796<br>Elk Grove Village, IL 60009-0796 | Keith Bliss<br>579 Applegate Lane<br>Lake Zurich, IL 60047-2345 |
| Kent H. Landsberg Chicago<br>P. O. Box 201526<br>Dallas, TX 75320-1526 | Kent H. Landsberg Co.<br>C/O AmCOR Sunslipse North<br>America 6600 Valley View St<br>Buena Park, CA 90620-1145 | Kepes, Inc.<br>P. O. Box 88774<br>Milwaukee, WI 53288-0001 |
| LTN Staffing<br>2295 Momentum Place<br>Chicago, IL 60689-0001 | Labor Solutions, LLC<br>729 Pinecrest Drive<br>Prospect Heights, IL 60070-1807 | Labor Solutions, LLC<br>c/o Abraham Brustein<br>DiMonte & Lizak, LLC<br>216 W. Higgins Rd<br>Park Ridge, IL 60068-5706 |

Macke Water Systems, Inc.
O. Box 545
Wheeling, IL 60090-0545

Max Nelson
8901 Roberts Rd #207
Hickory Hills, IL 60457-1563

Mid-American Energy
P O Box 8020
Davenport, IA 52808-8020

Mike Tuzak
984 Lexington Lane
Island Lake, Il 60042-9763

Motion Industries, Inc.
P. O. Box 98412
Chicago, IL 60693-8412

Nexdaytoner
11411 West 183rd Street
Orland Park, IL 60467-9450

NiCor
P. O. Box 416
Aurora, IL 60568-0001

Noemi Rodriguez
509 Liberty Street
Aurora, Il 60505-2717

North Town echanical Services
1814 Beach Street
Broadview, IL 60155-2863

Phoenix Supply Company
933 Carney Court
Antioch, IL 60002-2461

Pilar Bustamante
917 S. Ridge Ave
Mundelein, IL 60060-3929

Presidential Financial
435 N. LaSalle Street
Suite 204
Chicago, IL 60654-4588

Presidential Financial
Corporation Of the Midwest
c/o Douglas G. Leney
One Centennial Square
Haddonfield, NJ 08033-2454

Presort Solutions
5305 Paysphere Circle
Chicago, IL 60674-0001

Quality Maintenance Systems, Inc
3550 Salt Creek Lane
Suite 110
Arlington Heights, IL 60005-1091

Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600

RSVP Direct, nc.
1019 Noel Avenue
Wheeling, IL 60090-5813

Reddy Manufacturing
Box 481
Woodstock, IL 60098-0481

Rick Spata
167 N. Wilke Road
Palatine, Il 60074-5709

Robert J. Ross
1622 W. Colonial Parkway
Suite 201
Palatine, IL 60067-4795

Sam's Club Discover
P O Box 960016
Orlando, FL 32896-0016

Staples Business Advantage
Dept. DET
P. O. Box 83689
Chicago, IL 60696-0001

Stephen Bliss
579 Applegate Ln
Lake Zurich, IL 60047-2345

Stephen Laisch
314 W. Eugenia St
Lombard, IL 60148-2237

Sunbelt Software Distribution
33 N. Garden Avenue
Suite 1200
Clearwater, FL 33755-6610

Susan Thoennes
1083 Aberdeen Ln
Mundelein, IL 60060-1201

Symetra Financial
P. O. Box 34815
Seattle, WA 98124-1815

Tazz Transfer, nc.
2355 E. Devon
Elk Grove Village, IL 60007-6806

Temps P.D.Q., Inc.
c/o Defrees & Fiskes LLC
T.S. Buckley
200 S. Michigan Ave., #1100
Chicago, IL 60604

The Travelers Indeminity Company and It'
Affiliates C/O RMS Bankruptcy Recovery S
PO Box 5126
Timonium, MD 21094-5126

| | | |
|---|---|---|
| The Travelers-Commercial Lines<br>CL Remittance Center<br>Hartford, CT 06183-1008 | Thompson Direct<br>2397 Von Esch Road<br>Unit K<br>Plainfield, IL 60586-9084 | Tom Kazak<br>1184 N. Nature Court<br>Round Lake, IL 60073-2498 |
| Tom McCarthy<br>1602 Applewood Ln<br>Spring Grove, IL 60081 | Torres' Sons, Inc,.<br>162 S. Waterford Drive<br>Round Lake, IL 60073-9593 | UNeQ, Inc.<br>P. O. Box 76920<br>Cleveland, OH 44101-6500 |
| Veolia ES Solid Waster Midwest T8<br>P. O. Box 6484<br>Carol Stream, IL 60197-6484 | Village of Lake Zurich<br>70 East Main Street<br>Lake Zurich, IL 60047-2416 | Williams Lea Inc<br>Charles A Malloy<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004-1206 |
| Gerald Worazek<br>231 W. Weathersfield Way<br>Schaumburg, IL 60193-2830 | Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison Street #1100<br>Chicago, IL 60602-4600 | Irene R Smith<br>923 Carney Court<br>Anitoch, IL 60002 |
| Jack E Carey<br>4723 South Hampton Dr<br>Island Lake, IL 60042-8471 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Street Ste 1100<br>Chicago, IL 60602-4600 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 |
| Keith E Bliss<br>579 Applegate Ln.<br>Lake Zurich, IL 60047-2345 | MAX D Nelson<br>8901 Roberts Rd. # 207<br>Hiliway Hills, IL 60457 | Michael J Tuzak<br>984 Lexington Ln<br>Island Lake, IL 60042-9763 |
| Pilar A Bustamante<br>917 S. Ridge Ave<br>Mundelein, IL 60060-3929 | Steven Bliss<br>579 Applegate LN<br>Lake Zurich, IL 60047-2345 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Auction Associates, Inc. | (u)Noemi Rodriguez | (u)Presidental Financial Corporaation Of The |
| (u)Donald Dodge | (d)Esau Gonzalez<br>3141 S. Kedvale Ave<br>Chicago, IL 60623-4822 | (u)Joe DeLa Cruz |

(u)John Azevedo						(u)Stephen M Lewis						(u)Yan Teytelman

End of Label Matrix
Mailable recipients    110
Bypassed recipients      9
Total                  119