UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-04327 |
| | ) | |
| AFFINITY PROCESSING SERVICES, INC., | ) | Chapter: 11 |
| | ) | Honorable John H. Squires |
| | ) | |
| Debtor(s) | ) | |

FINAL DECREE

        The estate of the above-named Debtor, having been fully administered and the payments required by the Debtor's Confirmed Chapter 11 Plan of Reorganization having been substantially completed, IT IS HEREBY ORDERED THAT:

        The final Decree is hereby entered and the Chapter 11 case of the above-named Debtor is closed.

Enter:

Honorable John H. Squires
United States Bankruptcy Judge

Dated:   DEC 21 2010

**Prepared by counsel of Movant:**

Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602
312/368-0300

Rev: 20101008_bko